JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICARDO SILVA,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF LOS ANGELES, A GOVERNMENTAL ENTITY; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, A GOVERNMENTAL ENTITY; DEPUTY E. CHINARIAN (#497736); DEPUTY D. GALVEZ (#611166); and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 20-CV-08756-DSF (MAAx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [33]**<br><br>Action Filed: September 23, 2020<br>Trial Date:  January 18, 2022 |

In light of the stipulation among the parties and the settlement among the parties, the entire action is hereby dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(ii).

All parties are to bear their own costs arising out of this dismissal.

IT IS SO ORDERED.

Date: May 10, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge